THEODORE BAUMEISTER, Respondent, *v.* FRANK DEMUTH, Appellant.

*Baumeister* v. *Demuth*, 84 App. Div. 394, affirmed.
(Argued May 11, 1904; decided May 31, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1903, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial.

*Edward W. S. Johnston* and *Edward P. Orrell* for appellant.

*Samson Lachman* and *Theodore Baumeister* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs ; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.